Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORRAINE STONE,** | ) Case No. 3:10-CV-04408-SC |
| Plaintiff, | ) **JOINT REQUEST TO DISMISS WITH PREJUDICE** |
| vs. | ) |
| **EQUITABLE RECOVERY SOLUTIONS, INC. AND BRIAN PAXTON,** | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses.  A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 25th day of April, 2011

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/D. Scott Carruthers
Attorney at Law
Attorney for Defendant

Filed electronically on this 25th day of April, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Dennis Scott Carruthers
Attorney at Law
8448 Katella
Stanton, CA 90680
Attorney for Defendant

This 25th day of April, 2011.

<u>s/Todd M. Friedman</u>
Todd M. Friedman

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORRAINE STONE,** | ) Case No. 3:10-CV-04408-SC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **EQUITABLE RECOVERY SOLUTIONS, INC. AND BRIAN PAXTON,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this __25__ day of April, 2011.



The Hon. _____ Court

IT IS SO ORDERED
Judge Samuel Conti